UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION _____/ This Order Relates To: Dkt. Nos. 2893, 2895, 2897 *BRS v. Volkswagen AG, et al.*, Case No. 16-cv-3435 ("Bondholders Securities Action") _____/ | MDL No. 2672 CRB (JSC) **ORDER RE: HEARING ON DEFENDANTS' MOTIONS TO DISMISS THE BONDHOLDERS' CLASS ACTION COMPLAINT** |

The hearing scheduled for this Friday, July 7, will now take place at 1:00 p.m. instead of at 10:00 a.m.  The hearing will be held in the courtroom of Judge Edward M. Chen: Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: July 5, 2017

CHARLES R. BREYER
United States District Judge