1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   IN RE: VOLKSWAGEN "CLEAN DIESEL"          MDL No. 2672 CRB  (JSC)
8   MARKETING, SALES PRACTICES, AND
    PRODUCTS LIABILITY LITIGATION
9   _____/          **ORDER DENYING PLAINTIFF'S
                                                         MOTION FOR RELIEF FROM NON-
10  This Order Relates To:                               DISPOSITIVE PRETRIAL ORDER OF
                                                         MAGISTRATE JUDGE**
11  *BRS*, No. 16-cv-3435, Dkt. No. 30
12  _____/
13          Having considered Plaintiff's motion for relief from a discovery order entered by
14  Magistrate Judge Corley on December 3, 2019, the Court DENIES the motion.  Judge Corley's
15  decision was not clearly erroneous or contrary to law.  *See* Fed. R. Civ. P. 72(a).
16
17          **IT IS SO ORDERED.**
18  Dated: January 13, 2020
19
20                                                  CHARLES R. BREYER
                                                    United States District Judge
21
22
23
24
25
26
27
28